NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOB J. THYKKUTTATHIL and CORVILIA C. THYKKUTTATHIL (ON BEHALF OF THEMSELVES AND G.M. THYKKUTTATHIL, A MINOR CHILD),**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5016

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-003, Judge Lynn J. Bush.

---

**ON MOTION**

---

**O R D E R**

The plaintiffs-appellants move for an enlargement of time, out of time, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 0 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Job J. Thykkuttathil
     Corvilia C. Thykkuttathil
     William Kanellis, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 0 2010**

**JAN HORBALY**
**CLERK**